**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| **JOSEPH MILTON DORRIS, JR.** ) | |
| **SUSAN GAIL DORRIS** ) | |
| Debtors. ) | Case No. 15-30322-can13 |

## AMENDED CHAPTER 13 PLAN AND PLAN SUMMARY
## AS OF April 8, 2015

**COMES NOW** Debtors, Joseph Milton Dorris, Jr. and Susan Gail Dorris, by and through their attorney of record, Norman E. Rouse, and amends their Chapter 13 Plan to reflect the following:

1. Debtor's inadvertently reversed the dollar amounts listed in the DIP-60 section of the Chapter 13 Plan stating the amount of the DIP was $469 rather than $28,140.

2. Therefore, it should read; The DIP-60 amount is $28,140 (60 x $469 monthly disposable income as calculated on Form B22C).

2. All other provisions of the debtor's Plan shall remain the same.

Dated: July 13, 2015                COLLINS, WEBSTER & ROUSE, P.C.

/s/ Norman E. Rouse
NORMAN E. ROUSE, MO Bar #27439
5957 East 20th Street
Joplin, Missouri 64801-1846
(417) 782-2222    (tel.)
(417) 782-1003    (fax)
ATTORNEY FOR DEBTOR

The undersigned certifies that a copy of the foregoing was served through the Court's ECF system to the following parties:

Richard V. Fink, Trustee

this 13th day of July, 2015.

/s/ Norman E. Rouse
NORMAN E. ROUSE